1  BENJAMIN WAGNER CSBN 163581
United States Attorney
2  DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
3  Social Security Administration
ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

TRISTA DAWN ABELOE,                )
                                   )  Case No.  CIV-1:11-01332-SKO
            Plaintiff,             )
                                   )  STIPULATION AND PROPOSED ORDER
      v.                           )  FOR A FIRST EXTENSION FOR
                                   )  DEFENDANT TO FILE HIS OPPOSITION TO
COMMISSIONER OF                    )  PLAINTIFF'S OPENING BRIEF
SOCIAL SECURITY,                   )
                                   )
            Defendant.             )
_____)

   IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until May 11, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

///
///
///
///
///
///
///

1   This is Defendant's first request for an extension of time in this matter.

                                            Respectfully submitted,

Dated: April 2, 2012         */s/ Robert Decker Christenson*
                                    (as authorized via e-mail)
                                    ROBERT DECKER CHRISTENSON
                                    Attorney for Plaintiff


                                    BENJAMIN WAGNER
                                    United States Attorney

Dated: April 7, 2012     By */s/ Elizabeth Barry*
                                    ELIZABETH BARRY
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition brief on or before May 11, 2012; and

2. Plaintiff may file an optional reply brief on or before June 1, 2012.

IT IS SO ORDERED.

**Dated:   April 9, 2012**                        /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE