1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone: (415) 977-8972
       Facsimile: (415) 744-0134
7      Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                          UNITED STATES DISTRICT COURT
10                       EASTERN DISTRICT OF CALIFORNIA
                                **FRESNO DIVISION**
11
   TRISTA DAWN ABELOE,                    )
12                                        )   Case No.  CIV-1:11-01332-SKO
                 Plaintiff,               )
13                                        )   STIPULATION AND PROPOSED ORDER
        v.                                )   FOR A SECOND EXTENSION FOR
14                                        )   DEFENDANT TO FILE HIS OPPOSITION TO
   COMMISSIONER OF                        )   PLAINTIFF'S OPENING BRIEF
15 SOCIAL SECURITY,                       )
                                          )
16               Defendant.               )
                                          )
17 _____)

18

19      IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

20 of the Court, that Defendant shall have a 30-day extension, or until June 11, 2012, in which to file his

21 Opposition to Plaintiff's Opening Brief.

22 / / /

This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: May 8, 2012

*/s/ Robert Decker Christenson*
(as authorized via e-mail)
ROBERT DECKER CHRISTENSON
Attorney for Plaintiff


BENJAMIN WAGNER
United States Attorney

Dated: May 8, 2012   By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition brief on or before June 11, 2012;

2. Plaintiff may file an optional reply brief on or before June 26, 2012; and

3. No further extensions will be granted absent truly good cause.

IT IS SO ORDERED.

Dated:   May 10, 2012              /s/ Sheila K. Oberto
                                   UNITED STATES MAGISTRATE JUDGE