BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| TRISTA DAWN ABELOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMMISSIONER OF ) <br> SOCIAL SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No. CIV-1:11-01332-SKO <br><br> STIPULATION AND PROPOSED ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until June 11, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

/ / /

This is Defendant's second request for an extension of time in this matter.

Respectfully submitted,

Dated: May 8, 2012

*/s/ Robert Decker Christenson*
(as authorized via e-mail)
ROBERT DECKER CHRISTENSON
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: May 8, 2012            By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. Defendant shall file an opposition brief on or before June 11, 2012;

2. Plaintiff may file an optional reply brief on or before June 26, 2012; and

3. No further extensions will be granted absent truly good cause.

IT IS SO ORDERED.

**Dated:   May 10, 2012**                        /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE