BENJAMIN WAGNER CSBN 163581
United States Attorney
DONNA L. CALVERT SBN IL 619786
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**FRESNO DIVISION**

| | |
|---|---|
| TRISTA DAWN ABELOE,<br>       Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>       Defendant. | Case No. 1:11-cv-01332-SKO<br><br>**STIPULATION AND ORDER FOR A ONE-DAY EXTENSION FOR DEFENDANT TO FILE HIS OPPOSITION TO PLAINTIFF'S OPENING BRIEF** |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 1-day extension, or until June 12, 2012, in which to file his Opposition to Plaintiff's Opening Brief.

This is Defendant's third request for an extension of time in this matter. Defendant appreciates that the Court will not grant further extensions absent truly good cause. In the week preceding Defendant's briefing deadline of June 11, 2012 in this matter, the undersigned Defendant's counsel filed dispositive briefs in Lundell v. Astrue (Ninth Circuit) 11-17603 (Answering Brief, filed June 5, 2012) and Lopez Manzo v. Astrue (NDCA) 5:11-05137-EJD (MSJ, filed June 8, 2012). In addition, also in the previous week, the undersigned Defendant's counsel referred another matter (Earth v. Astrue, EDCA 11-00986-LJO-BAM), also due for filing on June 8, 2012, to the Commissioner for further consultation. Further, construction work on the computer cable lines in the undersigned Defendant counsel's office during the

weekend of June 9-10 prevented access to her workspace. The undersigned Defendant's counsel has exercised due diligence in managing her caseload, and this stipulation is not intended to unnecessarily delay resolution of this matter.

    This is Defendant's third request for an extension of time in this matter.

Respectfully submitted,

Dated: June 11, 2012

*/s/ Robert Decker Christenson*
(as authorized via e-mail)
ROBERT DECKER CHRISTENSON
Attorney for Plaintiff

BENJAMIN WAGNER
United States Attorney

Dated: June 11, 2012   By */s/ Elizabeth Barry*
ELIZABETH BARRY
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT the Commissioner's request for a one-day extension of time to file an opposition brief is GRANTED.

IT IS SO ORDERED.

**Dated:   June 13, 2012**           */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE