1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT SBN IL 619786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5     160 Spear Street, 8th Floor
      San Francisco, California 94105
6     Telephone: (415) 977-8972
      Facsimile: (415) 744-0134
7     Email: Elizabeth.Barry@ssa.gov

8
   Attorneys for Defendant
9
                       UNITED STATES DISTRICT COURT
10                     EASTERN DISTRICT OF CALIFORNIA
                              **FRESNO DIVISION**
11
   TRISTA DAWN ABELOE,                )
12                                    )  Case No. 1:11-cv-01332-SKO
              Plaintiff,              )
13                                    )  **STIPULATION AND ORDER**
         v.                           )  **FOR A ONE-DAY EXTENSION FOR**
14                                    )  **DEFENDANT TO FILE HIS OPPOSITION**
   COMMISSIONER OF                    )  **TO PLAINTIFF'S OPENING BRIEF**
15 SOCIAL SECURITY,                   )
                                      )
16            Defendant.              )
                                      )
17 _____     )

18       IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval

19 of the Court, that Defendant shall have a 1-day extension, or until June 12, 2012, in which to file his

20 Opposition to Plaintiff's Opening Brief.

21       This is Defendant's third request for an extension of time in this matter. Defendant appreciates that

22 the Court will not grant further extensions absent truly good cause. In the week preceding Defendant's

23 briefing deadline of June 11, 2012 in this matter, the undersigned Defendant's counsel filed dispositive

24 briefs in Lundell v. Astrue (Ninth Circuit) 11-17603 (Answering Brief, filed June 5, 2012) and Lopez

25 Manzo v. Astrue (NDCA) 5:11-05137-EJD (MSJ, filed June 8, 2012). In addition, also in the previous

26 week, the undersigned Defendant's counsel referred another matter (Earth v. Astrue, EDCA 11-00986-

27 LJO-BAM), also due for filing on June 8, 2012, to the Commissioner for further consultation. Further,

28 construction work on the computer cable lines in the undersigned Defendant counsel's office during the

Case 1:11-cv-01332-SKO   Document 18   Filed 06/13/12   Page 2 of 2

weekend of June 9-10 prevented access to her workspace. The undersigned Defendant's counsel has exercised due diligence in managing her caseload, and this stipulation is not intended to unnecessarily delay resolution of this matter.

    This is Defendant's third request for an extension of time in this matter.

                                  Respectfully submitted,

Dated: June 11, 2012                */s/ Robert Decker Christenson*
                                        (as authorized via e-mail)
                                        ROBERT DECKER CHRISTENSON
                                        Attorney for Plaintiff

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: June 11, 2012        By */s/ Elizabeth Barry*
                                        ELIZABETH BARRY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant

## ORDER

    Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT the Commissioner's request for a one-day extension of time to file an opposition brief is GRANTED.

IT IS SO ORDERED.

**Dated:   June 13, 2012**                /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE